IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK J. DERRY,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | **No. 2:23-cv-1186** |
| **v.** | **:** | |
| | **:** | |
| **PENNSYLVANIA LIQUOR CONTROL** | **:** | *Electronically Filed* |
| **BOARD, MAURICE THOMAS, ANGELA** | **:** | |
| **SCHAUL** *and* **ANDREW COLLINS,** | **:** | |
| **Defendants** | **:** | |

## NOTICE OF REMOVAL

AND NOW come the Defendants, Pennsylvania Liquor Control Board, Maurice Thomas, Angela Schaul, and Andrew Collins, by their attorneys, Michael P. Gaetani, Senior Deputy Attorney General, and Karen Romano, Chief Deputy Attorney General, Chief, Litigation Section, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove the above-captioned action from the Court of Common Pleas of Alleghny County to the United States District Court for the Western District of Pennsylvania.  Grounds in support of removal are as follows:

1.      Plaintiff commenced this civil action by filing a Complaint in Civil Action on or about May 23, 2023, in the Court of Common Pleas of Allegheny County at docket number GD-23-006632.  A copy of the Complaint is attached hereto as Exhibit A.

2.      This Court has original jurisdiction over Plaintiff's federal actions pursuant to 28 U.S.C. §§ 1331.  Accordingly, Defendants are entitled to remove the action to this Court pursuant 28 U.S.C. § 1441(a) and (b).

3.      This Notice of Removal is being filed within 30 days after receipt of Plaintiff's state court complaint by Defendants, as required by 28 U.S.C. § 1446(b).

4..      Copies of this Notice of Removal will be duly filed with the Prothonotary of the

Court of Common Pleas of Allegheny County and served upon Plaintiff.

5. In removing this action, the Defendants do not waive their objections to defects in service or improper service, or any defenses, including without limitation, defenses available by virtue of the Eleventh Amendment to the United States Constitution or under the Pennsylvania Sovereign Immunity Act.

6. A jury trial is demanded.

Respectfully submitted,

**MICHELLE A. HENRY**,
Attorney General

By:   */s/ Michael P. Gaetani*
Michael P. Gaetani
Senior Deputy Attorney General
Attorney I.D. No. 209407

Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Phone: (412) 389-1667
Fax:    (717) 772-4526

Date: June 16, 2023

## CERTIFICATE OF SERVICE

I, Michael P. Gaetani, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on June 16, 2023, I caused to be served a true and correct copy of the foregoing document titled Notice of Removal to the Plaintiff's counsel via first class mail, postage prepaid, with a courtesy copy by email:


**VIA U.S. MAIL**

**Richard S. Matesic, Esquire**
**1007 Mount Royal Boulevard**
**Pittsburgh, PA  15223**
**rs.matesic@verizon.net**
*Counsel for Plaintiff*


                                        */s/ Michael P. Gaetani*
                                        Michael P. Gaetani
                                        Senior Deputy Attorney General


Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA  15222

Date: June 16, 2023